**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge William J. Martínez**

Civil Action No.   12-cv-00367-WJM

TERESA MAIORANO,

     Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,

     Defendant.

---

## FINAL JUDGMENT

---

     Pursuant to the Order Affirming Administrative Law Judge's Decision, entered by the Honorable William J. Martínez, United States District Judge, on March 13, 2013,

     IT IS ORDERED that the Commissioner's decision is AFFIRMED.

     Each party shall bear its own attorney's fees and costs.

     DATED at Denver, Colorado this 14th day of March, 2013.

                        FOR THE COURT,
                        JEFFREY P. COLWELL, Clerk

                        By: s/ Edward P. Butler
                            Edward P. Butler, Deputy Clerk